# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TOM TEPE AUTO CENTER, INC., | Case No. 3:23-cv-00988 |
| Plaintiff, | |
| v. | Judge James R. Knepp II |
| CARVANA, LLC, | |
| Defendant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Carvana, LLC, by and through its attorneys, moves the Court for an order granting Carvana an extension of time to answer or otherwise respond to Plaintiff's Complaint on or before June 5, 2023. Counsel for Plaintiff does not oppose this extension. In support of this motion, Carvana states as follows:

1. On April 13, 2023, Plaintiff filed its Complaint in the Court of Common Pleas for Auglaize County, Ohio, Case No. 2023-CV-0056.

2. Carvana was served with the Complaint on April 17, 2023.

3. On May 15, 2023, Carvana timely removed this action to this Court pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446(a). [Dkt. 1.]

4. The deadline for Carvana to answer or otherwise respond to Plaintiff's Complaint is May 22, 2023, and thus has not yet expired.

5. Counsel for Carvana has consulted with counsel for Plaintiff, who does not oppose extending Carvana's deadline to answer or otherwise respond to the Complaint through and including June 5, 2023.

6. This motion is made in good faith and not for any improper purpose, and is made for purposes of allowing Carvana to investigate and prepare an appropriate response to the allegations in the Complaint.

WHEREFORE, Carvana respectfully request that this Court enter an order granting Defendant an extension of time to answer or otherwise respond to Plaintiff's Complaint on or before June 5, 2023.

Dated: May 22, 2023

*Respectfully Submitted,*

*/s/ Stephen M. Fazio*
Stephen M. Fazio (0076873)
Rebecca W. Haverstick (0066996)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio  44114
Telephone: +1 216 479 8500
Facsimile: +1 216 479 8780
stephen.fazio@squirepb.com
rebecca.haverstick@squirepb.com

*Attorneys for Defendant Carvana, LLC*

## CERTIFICATE OF SERVICE

The foregoing Stipulated Motion for Extension of Time is being filed electronically via the Court's ECF filing system this 22nd day of May, 2023.

/s/ *Stephen M. Fazio*
Stephen M. Fazio