# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TOM TEPE AUTO CENTER, INC., | Case No. 3:23-cv-00988 |
| Plaintiff, | |
| | Judge James R. Knepp II |
| v. | |
| CARVANA, LLC, | **NOTICE OF SETTLEMENT** |
| Defendant. | |

Defendant Carvana, LLC hereby notifies this Court that the parties have reached a settlement with respect to all claims in this action. The parties anticipate filing a stipulated dismissal within the next 30 days.

Dated: June 20, 2023

*Respectfully Submitted,*

/s/ Stephen M. Fazio
Stephen M. Fazio (0076873)
Rebecca W. Haverstick (0066996)
SQUIRE PATTON BOGGS (US) LLP
1000 Key Tower
127 Public Square
Cleveland, Ohio  44114
Telephone: +1 216 479 8500
Facsimile: +1 216 479 8780
stephen.fazio@squirepb.com
rebecca.haverstick@squirepb.com

*Attorneys for Defendant Carvana, LLC*

## **CERTIFICATE OF SERVICE**

      The foregoing Notice of Settlement is being filed electronically via the Court's ECF filing system this 20th day of June, 2023.

                                        /s/ *Stephen M. Fazio*
                                        Stephen M. Fazio